■ The People of the State of New York, Respondent, v Israel Santos, Appellant. [785 NYS2d 922]—

Judgment, Supreme Court, Bronx County (Michael R. Sonberg, J.), rendered March 5, 2003, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of $2^{1}/_{4}$ to $4^{1}/_{2}$ years, unanimously modified, on the law, to the extent of reducing the sentence to a term of 2 to 4 years, and otherwise affirmed.

Since the record does not support a finding that defendant

violated a plea condition requiring him to be truthful with the Department of Probation (*compare People v Hicks*, 98 NY2d 185 [2002]), the court improperly imposed an enhanced sentence. We conclude that reduction of defendant's sentence to the originally bargained-for term would be an appropriate remedy under the circumstances. Concur—Nardelli, J.P., Andrias, Ellerin, Marlow and Sweeny, JJ.